UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE YVONNE FROST

This Order relates to:

ECF 1:19-CV-11835, 2; ECF 1:19-CV-11839, 2; ECF 1:19-CV-11840, 2

ORDER OF DISMISSAL UNDER 28 U.S.C. § 1651

COLLEEN McMAHON, Chief United States District Judge:

On November 7, 2019, Plaintiff was barred from filing any new action *in forma pauperis* (IFP) without first obtaining from the Court leave to file. *See Frost v. City of New York (HRA)*, ECF 1:19-CV-8936, 6 (S.D.N.Y. Nov. 7, 2019). Plaintiff filed these three *pro se* cases, seeks IFP status, and has not sought leave from the Court.

The Court dismisses these actions without prejudice for Plaintiff's failure to comply with the November 7, 2019 order.

The Clerk of Court is directed to assign this matter to my docket, docket a copy of this order in all three cases, transmit a copy of this order to Plaintiff[1] and note service on the docket.

---

[1] Plaintiff consents to receive electronic service.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated: January 3, 2020
New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge