UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE YVONNE FROST

This Civil Judgment relates to:

ECF 1:19-CV-11835, 2; ECF 1:19-CV-11839, 2; ECF 1:19-CV-11840, 2

CIVIL JUDGMENT

Pursuant to the order issued January 3, 2020, dismissing the complaints,

IT IS ORDERED, ADJUDGED, AND DECREED that under the November 7, 2019 order in *Frost v. City of New York (HRA)*, ECF 1:19-CV-8936, 6, the complaints are dismissed without prejudice.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the dockets.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated: January 3, 2020
New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge